SUSAN K. SMITH, Trustee
2701 Del Paso Road, Suite 130-PMB 399
Sacramento, CA  95835
Tel:   (916) 833-2936
Fax:   (916) 313-3521

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re:<br><br>**Bautista, Jerico Cesario**<br>**Bautista, Beverly Cantada**<br><br>Debtor(s) | Case No. 14-21873-B-7<br><br>Chapter 7<br><br>**ORDER APPROVING TRUSTEE'S COMPENSATION AND EXPENSES** |

SUSAN K. SMITH, Trustee of the above-reference estate:

a) having filed herein the Trustee's Final Report and Proposed Distribution which incorporated trustee's request for compensation and expenses, and

b) having given to all parties in interest written notice of said report and trustee's request for compensation and expenses,

IT IS HEREBY ORDERED that the trustee is allowed:

1. $1,502.45 as reasonable compensation under 11 U.S.C. §330 (a) (1) and §326 (a), and

2. $116.94 as actual, necessary expenses under 11 U.S.C. §330 (a) (2),

**Dated:** August 17, 2015

Christopher D. Jaime, Judge
United States Bankruptcy Court

RECEIVED
August 13, 2015
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
0005596381